# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATANYA DENISE CROSBY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　　　Defendant. | Case No.: 1:12-cv-00960-SKO<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>(Doc. 4) |

Plaintiff Latanya Denise Crosby filed a complaint on June 13, 2012, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED THAT:

1.  Plaintiff's application to proceed *in forma pauperis* is GRANTED;

2.  The Clerk of Court is DIRECTED to issue a summons; and

3.  The United States marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant as directed by the plaintiff.

IT IS SO ORDERED.

**Dated:    June 18, 2012**　　　　　　　　　　　　_/s/ Sheila K. Oberto_
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE