# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATANYA DENISE CROSBY,<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:12-cv-00960-SKO<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME**<br><br>(Doc. 17) |

On January 16, 2013, the parties filed a stipulated request that an extension of time be granted to allow Plaintiff to file an opening brief and indicated that an extension was needed to properly address the issues within the administrative record. (Doc. 17.) The Court GRANTS the parties' request.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall file an opening brief **on or before February 19, 2013**;[1]

2. The Commissioner shall file a responsive brief **on or before March 21, 2013**; and

3. Plaintiff may file a reply brief **on or before April 5, 2013**.

IT IS SO ORDERED.

**Dated:   January 18, 2013**          /s/ Sheila K. Oberto
                                                     UNITED STATES MAGISTRATE JUDGE

---

[1] The parties stipulated that Plaintiff's opening brief would be filed by February 16, 2013; that date, however, is a Saturday, and the following Monday (February 18, 2013) is a holiday. As such, the Court extends the filing deadline for Plaintiff's brief to February 19, 2013.