# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATANYA DENISE CROSBY,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>Defendant. | Case No.: 1:12-cv-00960-SKO<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME**<br><br>(Doc. 21) |

On March 18, 2013, the parties filed a stipulated request that an extension of time be granted to allow the Commissioner to file an opposition brief and indicated that an extension was needed explore the possibility of settlement and due to defense counsel's heavy caseload. (Doc. 21.) The Court GRANTS the parties' request.

Accordingly, IT IS HEREBY ORDERED that:

1. The Commissioner shall file a responsive brief **on or before April 22, 2013**; and

2. Plaintiff may file a reply brief **on or before May 7, 2013**.

IT IS SO ORDERED.

**Dated:   March 19, 2013**                    /s/ Sheila K. Oberto
                                                                UNITED STATES MAGISTRATE JUDGE