1

2

3

4

5

6

7

8

9

10

11

12

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

13 LATANYA DENISE CROSBY,                    )    Case No.: 1:12-CV-00960-SKO
                                            )
14        Plaintiff,                        )    **STIPULATION AND ORDER FOR**
                                            )    **VOLUNTARY REMAND PURSUANT TO**
15        v.                                )    **SENTENCE FOUR OF 42 U.S.C. § 405(g)**
                                            )
16 CAROLYN W. COLVIN,                        )
17 Acting Commissioner of Social Security,[1] )
                                            )
18        Defendant.                        )

19        The parties, through their respective counsel of record, hereby stipulate that the

20 Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to

21 sentence four of 42 U.S.C. § 405(g).

22        On remand the Administrative Law Judge shall:  hold a new hearing at which Plaintiff

23 may testify regarding her limitations, reevaluate Plaintiff's credibility and subjective complaints,

24 reevaluate the medical source opinions of Nicholas J. Orme, M.D. at pages 237-40 of the

25

26 [1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013.
27 Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be
substituted for Michael J. Astrue as the defendant in this suit.  No further action need be taken to
28 continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42
U.S.C. § 405(g).

1   administrative record, reassess the claimant's residual functional capacity, and, if necessary,

2   obtain supplemental vocational expert testimony.

3

4                                                    Respectfully submitted,

5                                                    LAW OFFICES OF LAWRENCE D. ROHLFING
    Dated:  April 10, 2013

6                                          By:    */s/ Cyrus Safa*_____ __
                                                   *By telephonic authorization on April 8, 2013
7                                                  CYRUS SAFA

8                                                  Attorneys for Plaintiff

9

10  Dated:  April 10, 2013                         BENJAMIN B. WAGNER
                                                   United States Attorney
11                                                 GRACE M. KIM
                                                   Regional Chief Counsel, Region IX
12                                                 Social Security Administration

13
                                           By:    */s/ Cynthia B. De Nardi*_____
14                                                 CYNTHIA B. DE NARDI
                                                   Special Assistant U.S. Attorney
15
                                                   Attorneys for Defendant
16

17

18
    IT IS SO ORDERED.
19

20      Dated:   **April 15, 2013**                        **/s/ Sheila K. Oberto**
                                                   UNITED STATES MAGISTRATE JUDGE
21

22

23

24

25

26

27

28

Stipulation and Order for Vol. Remand, 1:12-CV-00960-SKO                                    2