BENJAMIN B. WAGNER
United States Attorney
GRACE M. KIM
Regional Chief Counsel, Region IX
Social Security Administration
CYNTHIA B. DE NARDI, CSBN 256770
Special Assistant United States Attorney
      Social Security Administration
      160 Spear St., Suite 800
      San Francisco, CA  94105
      Telephone: (415) 977-8961
      Facsimile: (415) 744-0134
      Email: cynthia.denardi@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| LATANYA DENISE CROSBY, | ) | Case No.: 1:12-CV-00960-SKO |
| | ) | |
| | ) | **STIPULATION AND** |
| Plaintiff, | ) | **ORDER FOR THE AWARD OF EQUAL** |
| | ) | **ACCESS TO JUSTICE FEES AND COSTS** |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security,[1] | ) | |
| | ) | |
| Defendant. | ) | |

The parties hereby stipulate through counsel that, subject to the Court's approval,

Plaintiff shall be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C.

§§ 1920 and 2412(d), in the amount of TWO-THOUSAND, NINE-HUNDRED NINETY FIVE

DOLLARS AND FIFTY-FIVE CENTS ($2,995.55) in attorney fees and SIXTY DOLLARS

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013.
Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be
substituted for Michael J. Astrue as the defendant in this suit.  No further action need be taken to
continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42
U.S.C. § 405(g).

1   ($60.00) in costs.  This amount represents compensation for all legal services rendered to

2   Plaintiff by counsel in connection with this civil action, and is awarded in accordance with  28

3   U.S.C. §§ 1920, 2412(d).

4   After the Court issues an order for EAJA fees and expenses to Plaintiff, the government

5   will consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's

6   attorney.  Pursuant to Astrue v. Ratliff, 130 S. Ct. 2521 (2010), the ability to honor the

7   assignment will depend on whether the fees and expenses are subject to any offset allowed under

8   the United States Department of the Treasury's Offset Program.  After the order for EAJA fees

9   and expenses is entered, the government will determine whether they are subject to any offset.

10   Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines

11   that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees to

12   be made directly to Cyrus Safa, pursuant to the assignment executed by Plaintiff.  In such case,

13   any payments made shall be delivered to Plaintiff's counsel.

14   This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA

15   attorney fees and does not constitute an admission of liability on the part of Defendant under the

16   EAJA.  Payment of the agreed amount shall constitute a complete release from, and bar to, any

17   and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees

18   and expenses in connection with this action.

19   This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security

20   Act attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

21   Respectfully submitted,

22

23   LAW OFFICES OF LAWRENCE D. ROHLFING

24   Dated:  May 29, 2013          By:     /s/ *Cyrus Safa**
                                            *By telephonic authorization on May 24, 2013
25                                          CYRUS SAFA
                                            Attorneys for Plaintiff
26

27   Dated:  May 29, 2013                    BENJAMIN B. WAGNER
                                             United States Attorney
28                                           GRACE M. KIM

1
2

Regional Chief Counsel, Region IX Social Security Administration

3

By:   /s/ *Cynthia B. De Nardi*
      CYNTHIA B. DE NARDI
      Special Assistant U.S. Attorney

4

5

Attorneys for Defendant

6

7  OF COUNSEL TO DEFENDANT:

8  LARA A. BRADT
   Assistant Regional Counsel
9  Social Security Administration

10

11                          **ORDER**

12       Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that Plaintiff shall be

13  awarded   TWO-THOUSAND,   NINE-HUNDRED   NINETY   FIVE   DOLLARS   AND

14  FIFTY-FIVE CENTS ($2,995.55) in attorney fees and SIXTY DOLLARS ($60.00) in costs,

15  subject to the terms of the above-referenced Stipulation.

16

17

18

19  IT IS SO ORDERED.

20       Dated:   **June 5, 2013**                    **/s/ Sheila K. Oberto**
                                              UNITED STATES MAGISTRATE JUDGE
21

22

23

24

25

26

27

28

Stipulation and Order for EAJA Fees, 1:12-CV-00960-SKO                              3